UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**COMBUSTION PRODUCTS**
**MANAGEMENT, INC.**

               **V.**               **CASE NUMBER: 5:05-CV-929(NAM/GJD)**

**AES CORPORATION and**
**AES-PUERTO RICO, L.P.**

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this action pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on June 27, 2006.

DATED:    July 19, 2006

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp